IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WADE A. WILLARD, SR.                                                                                   PLAINTIFF

v.                                                           CIVIL ACTION NO. 1:21-cv-223-TBM-RPM

UNKNOWN BENTLEY *et al*                                                                      DEFENDANTS

**FINAL JUDGMENT**

This matter is before the Court on submission of the Report and Recommendation [36] entered by United States Magistrate Judge Robert P. Myers on October 25, 2022. The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this same day, finds that this matter should be dismissed.

IT IS ORDERED AND ADJUDGED that Willard's 42 U.S.C. § 1983 claims are DISMISSED WITH PREJUDICE and Willard's state law medical malpractice claim is DISMISSED WITHOUT PREJUDICE. This CASE is CLOSED.

THIS, the 18th day of November, 2022.

                                                                                           TAYLOR B. McNEEL
                                                                                           UNITED STATES DISTRICT JUDGE